IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL 875

**This Document Relates To:**

| | | |
|---|---|---|
| 1. | Richard Denzel | EDPA No. 09-66545 |
| 2. | Boyd Gilchrist | EDPA No. 09-66547 |
| 3. | Robert Glaser | EDPA No. 09-66548 |
| 4. | Leslie Hanson | EDPA No. 09-66549 |
| 5. | Martin Ketterling | EDPA No. 09-66554 |
| 6. | Teanus Loeb | EDPA No. 09-66561 |
| 7. | Stephen Morrell | EDPA No. 09-66564 |
| 8. | Walter Poppke | EDPA No. 09-66567 |
| 9. | Pete Riedinger | EDPA No. 09-66570 |
| 10. | Frank Unser | EDPA No. 09-66574 |
| 11. | Joe Vogel | EDPA No. 09-66577 |
| 12. | Frank Willson | EDPA No. 09-66578 |

**FILED**

AUG 2 6 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 25ᵗʰ day of August, 2010, upon careful and independent

consideration of defendant S.O.S. Products Company, Inc.'s motions for summary judgment in

the above-captioned cases, plaintiffs' responses, and defendant's replies thereto, and after review

of the Report and Recommendation by Chief Magistrate Judge Thomas J. Rueter, it is hereby

### ORDERED

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.    The summary judgment motions of defendant S.O.S. Products Company,

Inc. be **DENIED** with respect to plaintiffs Glaser, Denzel, Willson, Poppke, Loeb, Ketterling and

Gilchrist.

3.    The summary judgment motions of defendant S.O.S. Products Company,

Inc. be **GRANTED** with respect to plaintiffs Vogel, Unser, Hanson, Riedinger and Morrell.

4.      Plaintiffs' claims for conspiracy, deceit, fraud, market share, enterprise liability, and alternative liability in each of the above-captioned cases be **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
EDUARDO C. ROBRENO,          J.

**MAILED:**

| | | |
|---|---|---|
| A. LUCAS | DOUGLAS HERMAN | JOHN BORGER |
| ALDEN GJEVRE | DUANE ARNDT | MICHAEL NELSON |
| ALLAN SHAW | EUGENE BUCKLEY | RICHARD JEFFRIES |
| CHARLES BECKER | JEANETTE BOECHLER | ROBERT BROWNSON |

**E-MAILED:**

| | | |
|---|---|---|
| DAVID THOMPSON | JONATHAN PARRINGTON | PATRICK TIERNEY |
| DAVID SCHACH | KYLE MANSFIELD | RONALD MCLEAN |
| | | TREVOR WILL |